# Exhibit "2"

# IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

LVNV FUNDING LLC ASSIGNEE OF )
CITIBANK UNIVERSAL BANK NA, )
)
                     *Plaintiff,* )
)
         — *v* — )
)
KAVEN MCROY, )
)
                     *Defendant.* )

CIVIL ACTION FILE NUMBER
## 08A85666-5

## NOTICE OF OBJECTION TO VOLUTARY DISMISSAL
## UNLESS DEFENDANT CAN PURSUE HIS
## COUNTERCLAIMS

COMES NOW your defendant by counsel to object to plaintiff's

voluntary dismissal of its claims against defendant unless defendant

can pursue his counterclaims against the plaintiff. Defendant intends

to pursue his counterclaims against the plaintiff.

Respectfully submitted this 26th day of August 2008 by:

UAW LEGAL SERVICES PLANS

by: _____
David F. Addleton, Staff Attorney
Attorney for Defendant
Georgia Bar Number 005050

1

2200 Century Parkway Suite 950
Atlanta Georgia 30345
404.248.0808, voice
404.248.1398, fax

## CERTIFICATE OF SERVICE

The undersigned certifies he caused to be served upon

counsel of record for the plaintiff a copy, true and correct in all

relevant respects, of the within and foregoing NOTICE OF

OBJECTION TO VOLUTARY DISMISSAL UNLESS DEFENDANT

CAN PURSUE HIS COUNTERCLAIMS by causing the same to be

placed with the United States Postal Service within a sealed

envelope to which sufficient postage was affixed to assure

delivery addressed as follows:

Dennis E. Henry
Frederick J Hanna & Associates, PC
1427 Roswell Road
Marietta GA 30062

John Bedard
Franzen & Salzano PC
40 Technology Parkway S Suite 202
Norcross GA 30092

this 26th day of _____August_____ 2008.

_____
David F. Addleton

2

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

LVNV FUNDING, LLC ASSIGNEE OF     )
CITIBANK UNIVERSAL BANK, NA,      )
                                  )
        Plaintiff/Counter-Defendant,   )
                                  )
v.                                )        CIVIL ACTION FILE NO.
                                  )        08A85666-5
KAVEN McCOY,                      )
                                  )
        Defendant/Counter-Plaintiff,   )
                                  )

## CERTIFICATE OF SERVICE

        I hereby certify that I have this date served all parties of record with a copy of the
foregoing Response to Objection to Notice of Dismissal and Motion to Amend Caption
by depositing a copy of same in the United States Mail, with first-class postage affixed
thereto, properly addressed as follows:

David F. Addleton
UAW Legal Services Plans
2200 Century Parkway, Suite 950
Atlanta, Georgia 30345

This _16th_ day of September, 2008.                Respectfully submitted,

                                                   John H. Bedard, Jr.
                                                   Georgia Bar No. 043473
                                                   Marcus G. Keegan
                                                   Georgia Bar No. 410424
                                                   *Counsel for Plaintiff*

Franzén and Salzano, P.C.
40 Technology Parkway South, Suite 202
Norcross, Georgia 30092
Phone: (770) 248-2885
Fax:    (770) 248-2883

## IN THE STATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| LVNV FUNDING, LLC ASSIGNEE OF )<br>CITIBANK UNIVERSAL BANK, NA, )<br> )<br>     Plaintiff/Counter-Defendant, )<br> )<br>v. )<br> )<br>KAVEN McCOY, )<br> )<br>     Defendant/Counter-Plaintiff, )<br>_____ ) | CIVIL ACTION FILE NO.<br>08A85666-5 |

IT APPEARING that the Plaintiff has voluntarily dismissed its claims against the Defendant in this action;

IT FURTHER APPEARING that the Defendant has filed a Notice of Objection to said Dismissal so that he can pursue his counterclaims;

It is hereby ORDERED:

1. That Plaintiff has voluntarily dismissed its claims against Defendant pursuant to O.C.G.A. § 9-11-41(a);

2. That Defendant does not thereby dismiss his counterclaim;

3. That the parties in this controversy shall henceforth refer to Kaven McCoy as "Plaintiff" and LVNV Funding, LLC assignee of Citibank Universal, NA as "Defendant";

4. That the case caption shall be amended to show Kaven McCoy as "Plaintiff" and LVNV Funding, LLC assignee of Citibank Universal, NA as "Defendant";

3

5.  That the Clerk of Court shall amend the database of this Court to reflect the correct

    relationship between the parties; and

6.  The parties shall henceforth amend the caption in their pleadings, motions, and other

    papers accordingly.

**So ORDERED this** _15_ **day of** _Oct._ **2008.**

_____
**Judge, State Court of DeKalb County**

**Prepared by:**

| FRANZEN & SALZANO, P. C.                     |  |
|----------------------------------------------|--|
| Marcus G. Keegan                             |  |
| Georgia Bar No. 410424                       |  |
| 40 Technology Parkway South                  |  |
| Suite 202                                    |  |
| Norcross, GA 30092                           |  |
| 770-248-2885                                 |  |
| 770-248-2883 (Fax)                           |  |
| _Counsel for LVNV Funding, LLC_              |  |

F. Hanna
D. Addleton

FILED IN THIS OFFICE
THIS 3 DAY OF OCT 2008

Clerk, State Court, DeKalb County

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| KAVEN MCCOY,      ) | |
|      ) | |
|    Plaintiff,      ) | |
|      ) | |
|      ) | |
| v.      ) | NOTICE OF REMOVAL |
|      ) | |
|      ) | |
| LVNV FUNDING, LLC ASSIGNEE      ) | |
| OF CITBANK UNIVERSAL BANK, NA,    ) | |
|      ) | |
|    Defendant.      ) | |
|      ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a copy of the within and foregoing Defendant LVNV Funding, LLC's Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to:

David F. Addleton
UAW Legal Services Plans
2200 Century Parkway, Suite 950
Atlanta, Georgia 30345

      This 9th day of October, 2008.

                                /s/ Marcus G. Keegan
                                Marcus G. Keegan
                                Georgia Bar No. 410424